IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JOHN PISKANIN, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES ATTORNEY FOR | : | |
| EASTERN DISTRICT OF PENNSYLVANIA | : | NO. 13-7678 |

## O R D E R

AND NOW, this 26th day of March 2014, having considered Mr. Piskanin's motion to proceed *in forma pauperis* (Document No. 3), it is hereby ORDERED as follows:

(a) Mr. Piskanin's motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum;

(b) Mr. Piskanin may reinstate this case by remitting the filing fee of $350 and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order; and

(c) This case shall remain CLOSED for statistical purposes.

BY THE COURT:

LAWRENCE F. STENGEL, J.